**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FEB 2 2 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr26-WKW |
| | ) | [18 USC § 922(g)(1)] |
| FREDERICK A. SMITH | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about the 6th day of November, 2006, in Crenshaw County, Alabama, within the Middle District of Alabama,

FREDERICK A. SMITH,

defendant herein, having been convicted on or about July 21, 1995, under case number CC-94-27, in the Circuit Court of Bullock County, of Discharging A Firearm Into An Occupied Vehicle, a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess in and affecting commerce firearms, to-wit:

1.  A Norinco, Model SKS, 7.62X39 caliber, semi-automatic rifle; and

2.  A Winchester, Model 94AE, .30-30 caliber rifle.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
TOMMIE BROWN HARDWICK
Assistant United States Attorney