**COURTROOM DEPUTY MINUTES**  DATE: 3/2/07
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 1:52 - 2:02

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: WALLACE CAPEL, JR.    DEPUTY CLERK: WANDA ROBINSON

CASE NO. 2:07cr26-WKW    DEFT. NAME: Frederick A. Smith

USA: Tommie Brown Hardwick    ATTY: Donnie Bethel

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

USPTSO/USPO: Terrance Marshall

Defendant ___ does √ does NOT need an interpreter; NAME

- √ Kars.  Date of Arrest 3/2/07    or ☐ karsr40
- √ kia.   Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- √ Finaff.  Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- √ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐  Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐  **DETENTION HRG** ☐ held; ☐ set for ____; ☐ **Prelim. Hrg** ☐ Set for ____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- √ kbnd.  √ **BOND EXECUTED** (M/D AL charges) $ 25,000    Deft released (kloc LR)
  - ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.  Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.  Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ Karr.  **ARRAIGNMENT** SET FOR: ____  √ **HELD**. Plea of **NOT GUILTY** entered.
  - Trial Term 4/23/07   ; √ **PRETRIAL CONFERENCE DATE:** 4/2/07
  - √ **DISCOVERY DISCLOSURES DATE:** 3/2/07
- ☐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ Kwvspt  **Waiver of Speedy Trial Act Rights Executed**.