IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr26-WKW |
| | ) | |
| FREDERICK A. SMITH | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **FREDERICK A. SMITH,** in the above-styled case.

Dated this 7th day of March 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | 2:07cr26-WKW |
| ) | |
| **FREDERICK A. SMITH** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 7, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                   Respectfully submitted,

                                                   s/ Kevin L. Butler
                                                 KEVIN L. BUTLER
                                                 First Assistant Federal Defender
                                                 201 Monroe Street, Suite 407
                                                 Montgomery, Alabama 36104
                                                 Phone: (334) 834-2099
                                                 Fax: (334) 834-0353
                                                 E-mail: kevin_butler@fd.org
                                                 AZ Bar Code: 014138