IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr26-WKW |
| | ) | |
| FREDERICK A. SMITH | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, Frederick Smith, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(B)(I) and (h)(8)(B)(iv) respectfully moves this Court to continue the trial of this matter past the currently scheduled April 23, 2007 trial term. In support of this Motion, Defendant would show the following:

1. Mr. Smith filed a motion to suppress evidence in this case on March 29, 2007. The motion is set for a hearing on April 12, 2007.

2. The request for a continuance is sought to allow careful consideration and resolution of Defendant's pending motion to suppress prior to a trial of this matter.

3. The United States, through Assistant United States Attorney, Tommie Hardwick, does not oppose this requested continuance.

4. Mr. Smith has no objection to the requested continuance, and a waiver of speedy trial is filed is attached to this motion.

5. Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(B)(I) and (h)(8)(B)(iv), if it is in the interest of justice to allow sufficient time to consider the pretrial

motion, this court has authority to continue trial.

**WHEREFORE**, Mr. Smith respectfully requests that this Motion be granted and the trial in this matter be continued from the April 23, 2007 trial term.

Dated this 6th day of April 2007.

                                        Respectfully submitted,

                                        s/ Kevin L. Butler  
                                        KEVIN L. BUTLER  
                                        First Assistant Federal Defender  
                                        201 Monroe Street, Suite 407  
                                        Montgomery, Alabama 36104  
                                        Phone: (334) 834-2099  
                                        Fax: (334) 834-0353  
                                        E-mail: kevin_butler@fd.org  
                                        AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07cr26-WKW |
| | ) | |
| **FREDERICK A. SMITH** | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on April 6, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                Respectfully submitted,

                                s/ Kevin L. Butler
                                KEVIN L. BUTLER
                                First Assistant Federal Defender
                                201 Monroe Street, Suite 407
                                Montgomery, Alabama 36104
                                Phone: (334) 834-2099
                                Fax: (334) 834-0353
                                E-mail: kevin_butler@fd.org
                                AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr26-WKW |
| | ) | |
| FREDERICK A. SMITH | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned Defendant, **FREDERICK A. SMITH**, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial as to the April 23, 2007 trial term.

Dated this 6th day of April 2007.

X _/s/ Frederick A. Smith_
**FREDERICK SMITH**