IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO |
| | ) | 2:07cr26-WKW |
| FREDERICK A. SMITH | ) | |

**ORDER ON MOTION**

Upon consideration of the Government's Motion to Continue Hearing on Motion to Suppress (Doc. #18) filed on April 9, 2007 which indicates that the defense counsel agrees to the continuance, and for good cause, it is

ORDERED that the motion is GRANTED. The hearing set for April 12, 2007 at 9:00 a.m. is CONTINUED to **April 18, 2007** at **11:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this hearing.

Done this 10th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE