IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO |
| | ) | 2:07cr26-WKW |
| FREDERICK A. SMITH | ) | |

**ORDER**

Upon consideration of the defendant's conference call to continue hearing relating to the previously filed Motion to Suppress (Doc. #12) filed on March 29, 2007, and there being no objection to same by the Government, it is

ORDERED that the request to continue is GRANTED. The hearing set for April 18, 2007 at 11:00 a.m. is CONTINUED to **April 27, 2007** at **9:30 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this hearing.

Done this 17th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE