IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07cr26-WKW |
| | ) | |
| **FREDERICK A. SMITH** | ) | |

## MOTION TO WITHDRAW MOTION TO SUPPRESS

**NOW COMES** the Defendant, Frederick A. Smith, by and through undersigned counsel, Kevin L. Butler, and withdraws the Motion to Suppress (docket no. 12) filed on March 29, 2007.

**WHEREFORE**, the Defendant prays that his Motion be granted.

Dated this 18th day of April 2007.

                                                           Respectfully submitted,

                                                           s/ Kevin L. Butler
                                                           KEVIN L. BUTLER
                                                           First Assistant Federal Defender
                                                           201 Monroe Street, Suite 407
                                                           Montgomery, Alabama 36104
                                                           Phone: (334) 834-2099
                                                           Fax: (334) 834-0353
                                                           E-mail: kevin_butler@fd.org
                                                           AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   2:07cr26-WKW |
| | ) |
| FREDERICK A. SMITH | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138