IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO |
| | ) | 2:07cr26-WKW |
| FREDERICK A. SMITH | ) | |

**ORDER ON MOTION**

Upon consideration of the defendant's Motion to Withdraw Motion to Suppress (Doc. #24), filed on April 18, 2007, and for good cause, it is

ORDERED that the motion (Doc. #24) is GRANTED. The defendant's Motion to Suppress Search (Doc. #12) is hereby WITHDRAWN. The hearing on the motion set for **April 27, 2007** at **9:30 a.m.** is CANCELLED.

Done this 18th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE