IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. : 2:07cr26-WKW |
| ) | |
| FREDERICK A. SMITH ) | |

## ORDER

Based upon this court's order resetting the trial in the above-styled case for August 6, 2007, and for good cause, it is

ORDERED that the parties shall appear for a final pretrial conference on July 16, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 26th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE