IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07cr26-WKW |
| | ) | |
| **FREDERICK A. SMITH** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **FREDERICK A. SMITH,** by and through undersigned counsel, Kevin L. Butler, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 22nd day of July, 2007.

                                                    Respectfully submitted,

                                                  s/ Kevin L. Butler
                                                  KEVIN L. BUTLER
                                                  First Assistant Federal Defender
                                                  201 Monroe Street, Suite 407
                                                  Montgomery, Alabama 36104
                                                  Phone: (334) 834-2099
                                                  Fax: (334) 834-0353
                                                  E-mail: kevin_butler@fd.org
                                                  AZ Bar Code: 014138

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   2:07cr26-WKW |
| | ) |
| **FREDERICK A. SMITH** | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 22, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                      Respectfully submitted,

                      s/ Kevin L. Butler
                      KEVIN L. BUTLER
                      First Assistant Federal Defender
                      201 Monroe Street, Suite 407
                      Montgomery, Alabama 36104
                      Phone: (334) 834-2099
                      Fax: (334) 834-0353
                      E-mail: kevin_butler@fd.org
                      AZ Bar Code: 014138