AO 245B   (Rev. 06/05) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment - Page  2  of  6

DEFENDANT: FREDERICK A. SMITH
CASE NUMBER: 2:07cr26-WKW

**RETURNED AND FILED**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**DEC 14 2007**

37 Months

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where an anger management course is available.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____   ☐ a.m.   ☐ p.m.   on _____ .

  ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  X before 2 p.m. on   December 6, 2007   .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  12-6-07  to  FCI Tall
at  Talladega  Al , with a certified copy of this judgment.

O. B Drew
~~UNITED STATES MARSHAL~~ Warden

By  K. R
    ~~DEPUTY UNITED STATES MARSHAL~~
    /SO