AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| FREDERICK A. SMITH | Case No.   2:07cr026-01-WKW |
|  | USM No.   12147-002 |
|  | Stephen Ganter |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   2 & 3 of the 3/14/2013 petition   of the term of supervision.

☐   was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Defendant failed to refrain from having any contact with Tamicca Rodgers. | 03/11/2013 |
| 3 | Defendant failed to refrain from committing another federal, state or local crime. | 01/08/2013 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s)   1   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   1437

Defendant's Year of Birth:   1972

City and State of Defendant's Residence:
Banks, Alabama

05/20/2013
Date of Imposition of Judgment

Signature of Judge

W. KEITH WATKINS, CHIEF U. S. DISTRICT JUDGE
Name and Title of Judge

5/21/13
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

| | | Judgment — Page    2    of    2 |
|---|---|---|
| DEFENDANT: | FREDERICK A. SMITH | |
| CASE NUMBER: | 2:07cr026-01-WKW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

4 Months. This sentence is a variance and is imposed to reflect the seriousness of the offense; to promote respect for the law; to provide just punishment for the violation offenses; to afford adequate deterrence to criminal conduct; and to protect the public from further crimes of the defendant. No supervised release to follow. The term of supervised release imposed on 11/1/2007 is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL